03-13-00203-CR

Court of Appeals,

I'm writing regaurding an 11.07 application for writ of Habeas Corpus with reference to cause No. B-11-0277-SB. The writ was sent to the district clerk, Sheri Woofin if Tom Green county on December 15, 2014. My only concern is whether the paperwork was filed. It's been almost 9 months and understand I have a deadline of 30 days to file my P.D.R if indeed it is approved.

Thank you for your courtesies regaurding this matter.

Sincerely,
Joshua Davis

RECEIVED
SEP 0 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Joshua Davis #1780148
Ranch Unit
15845 F.M. 164
Childress, Tx. 79201

Legal-
Mail

AMARILLO TX 791

27 AUG 2015 PM 1 L

FOREVER USA

Court of Appeals for the Third
District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

78711-2547